PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☑ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND    **RHODE ISLAND**    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
**SARA M. BLOOM**
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. **(401) 709-5000**

Name of Asst. U.S. Attorney (if assigned): _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
_____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense | RHODE ISLAND    County

---

CASE NO.    **1:25-cr-121-MRD-AEM**

USA vs.

Defendant:    HARRISON GEVIRTZ

Address:    ███████████

☐ Interpreter Required    Dialect: _____

Birth Date ███████    ☑ Male ☐ Female    ☐ Alien (if applicable)

Social Security Number ███████

| DEFENDANT |
|---|

Issue:    ☐ Warrant    ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): **Zachary Hafer**

☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts __1__

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. § 4 | Misprision of a Felony | ☒ Felony ☐ Misdemeanor |
| | Imprisonment: 3 Years, Fine $250,000 | Supervised Release: 1 Year, Special Assesment $100 | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |