AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
### District of Rhode Island

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Harrison Gevirtz | )    Case No.   1:25-cr-00121-JJM-AEM SEALED |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☑ Information  ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition  ☐ Violation Notice      ☐ Order of Court

| Place: | John O. Pastore Federal Building and Post Office Two Exchange Terrace, Providence, RI |
|---|---|
| | Courtroom No.:   A |
| | Date and Time:   01/15/2026 9:30 am |

This offense is briefly described as follows:
MISPRISION OF FELONY in Violation of 18 U.S.C. § 4

Date: _____12/3/2025_____          _____/s/Jeannine Noel_____
                                                      *Issuing officer's signature*

                                                      Jeannine Noel, Deputy Clerk
                                                      *Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:   *12-3-25*          _____
                                            *Server's signature*

                                            Jon Lemoy Deputy US Marshal
                                            *Printed name and title*