**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.:  1:25-CR-00121-MRD-AEM |
| HARRISON GEVIRTZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of Defendant Harrison Gevirtz.


Date:  December 15, 2025


/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Ratcliffe Harten Galamaga, LLP
40 Westminster Street, Suite 700
Providence, R.I. 02903
Tel: (401) 331-3400
Fax: (401) 331-3440
*rratcliffe@rhgllp.com*


**CERTIFICATE OF SERVICE**

I, J. Richard Ratcliffe, certify that on <u>December 15, 2025</u>, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

/s/ J. Richard Ratcliffe