UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HARRISON GEVIRTZ | Criminal Case No. 25-cr-00121-JJM-AEM |

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States respectfully moves that the sentencing in this case be continued for 120 days. Defense counsel has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

CHARLES CALENDA
Acting United States Attorney

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
milind.shah@usdoj.gov

### CERTIFICATION OF SERVICE

On this 9th day of April 2026, I had the above motion filed using the Court's electronic filing system and thereby the motion was made available for viewing to all counsel of record.

/s/ Milind Shah